# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON L. EALY, JR.,** | : | **CIVIL NO. 3:13-CV-2782** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **MR. SULLEN, CAPTAIN OF SECURITY,** *et al.*, | : | |
| | : | |
| | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 21st day of March 2016, upon consideration of defendants' motion (Doc. 33) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's memorandum of the same date, it is hereby

**ORDERED** that:

1. Defendants' motion (Doc. 33) for summary judgment is DEEMED unopposed and GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants Prison Medical Provider and Murphy and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                         **BY THE COURT:**

                                         **s/James M. Munley**
                                         **JUDGE JAMES M. MUNLEY**
                                         **United States District Court**